From: The District Court of the Sixteenth Judicial District. County of Rosebud. STATE OF MONTANA, Plaintiff, vs. ROBERT DENNIS NANK, Defendant.

## DECISION

No. 1082

The application of the above-named defendant for a review of the sentence of 100 years for Deliberate Homicide, 40 years for Sexual Intercourse Without Consent imposed on November 24th, 1975, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentences be and remain as originally imposed.

We wish to thank James Johnson, Montana Defender Project, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.

From: The District Court of the Fourth Judicial District. County of Missoula. STATE OF MONTANA, Plaintiff, vs. WILLIAM C. SATHER, Defendant.

## DECISION

No. 4686

The application of the above-named defendant for a review of the sentence of 50 years for Attempted Burglary imposed on April 19th, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Paul B. Smith, Public Defender, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green.

From: The District Court of the Third Judicial District. County of Powell. STATE OF MONTANA, Plaintiff, vs. ROGER G. CARYL, Defendant.

## DECISION

No. ? ? ?

The application of the above-named defendant for a review of the sentence of life, life and ten (10) years for Murder two counts and one count First Degree Assault imposed on July 26th, 1974, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentences be and remain as originally imposed.

We wish to thank John Radonich, Attorney at Law, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green.